UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:16-MJ-00004 |
| v. | |
| AMMON BUNDY,<br>JON RITZHEIMER,<br>JOSEPH O'SHAUGHNESSY,<br>RYAN PAYNE,<br>RYAN BUNDY,<br>BRIAN CAVALIER,<br>SHAWNA COX,<br>PETER SANTILLI, | ORDER TO UNSEAL<br>CRIMINAL COMPLAINT |
| Defendants. | |

Based upon the motion of the United States,

IT IS HEREBY ORDERED that the Criminal Complaint and supporting Affidavit in the above-captioned matter are hereby UNSEALED as redacted.

Dated this _27th_ day of January 2016.

_____
STACIE F. BECKERMAN
United States Magistrate Judge

Presented by:

BILLY J. WILLIAMS, OSB #901366
United States Attorney

_____
ETHAN D. KNIGHT, OSB #99298
GEOFFREY A. BARROW
Assistant United States Attorneys